UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>   Plaintiff,<br><br>   v.<br><br>R. GARCIA, et al.,<br><br>   Defendants. | Case No. 1:19-cv-0439-DAD-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 10)<br><br>**21-DAY DEADLINE** |

Plaintiff moves for an extension of time to reply to the Court's screening order. Good cause appearing, the Court GRANTS plaintiff's motion (Doc. 10). Plaintiff's reply shall be due within 21 days from the date of this order.

IT IS SO ORDERED.

   Dated:   **December 19, 2019**              **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

1