UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>R. GARCIA et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00439-DAD-JLT (PC)<br><br>**ORDER SETTING VIDEO SETTLEMENT CONFERENCE**<br><br>Date:　June 11, 2021<br>Time:　10:00 a.m. |

On March 18, 2021, the Court stayed this matter and directed the parties to file notices indicating whether they agree to participate in an early settlement conference. (Doc. 24.) The parties filed notices that they agree to do so. (Docs. 25, 26.) Accordingly, the Court ORDERS:

1. This matter is set for a settlement conference via Zoom before the undersigned on **June 11, 2021, at 10:00 a.m.**
2. This matter remains stayed until the completion of the settlement conference.
3. Defense counsel shall arrange for Plaintiff's participation in the conference. Prior to the conference, counsel shall contact the undersigned's courtroom deputy at shall@caed.uscourts.gov to arrange for the Zoom videoconference connection information. The Court will issue a writ of *habeas corpus ad testificandum*, as appropriate.
4. Each party or a representative with full authority to negotiate and enter into a binding

settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

5. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

6. The parties shall submit confidential settlement conference statements **no later than May 28, 2021**. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Jennifer L. Thurston, 2500 Tulare Street, Room 1501, Fresno, CA 93721. Defendants shall email their statement to jltorders@caed.uscourts.gov.

   Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

7. The confidential settlement conference statements should be no longer than 5 pages in length, typed or neatly printed, and include:

   a. A brief summary of the facts of the case;

   b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

   c. A forthright discussion of the strengths and weakness of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

   d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

   e. A summary of past settlement discussions, if any; a statement of the party's current position on settlement, including the amount the party would offer and accept to settle (in specific dollar amounts); and a statement of the party's

expectations for settlement discussions;

f. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

g. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

IT IS SO ORDERED.

Dated: **April 20, 2021**            **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE