IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHANIEL MARCUS GANN,** <br><br> Plaintiff, <br><br> v. <br><br> **J. CORRAL, et al. ,** <br><br> Defendants. | Case No. 1:19-cv-00439-ADA-BAK (PC) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXCUSE DEFENDANTS' PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** |

Defendants Garcia and Piper (Defendants) request that the Court excuse their personal appearance at the October 6, 2022 settlement conference.  Good cause appearing, the Court GRANTS Defendants' application.  Defendants are excused from attending the settlement conference.

**IT IS SO ORDERED.**

Dated:   September 26, 2022          By:   _____

The Honorable Jeremy D. Peterson
United States Magistrate Judge

1