# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>                          Plaintiff,<br><br>v.<br><br>R. GARCIA, *et al.*,<br><br>                          Defendants. | Case No. 1:19-cv-00439-ADA-CDB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **PLAINTIFF NATHANIEL MARCUS GANN, CDCR # G-64542** VIA VIDEOCONFERENCE<br><br>DATE: November 2, 2022<br>TIME: 10:30 a.m. |

**Nathaniel Marcus Gann, CDCR # G-64542** a necessary and material witness in a settlement conference in this case on November 2, 2022, is confined in the California Institution for Men, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Jeremy D. Peterson, on Wednesday, November 2, 2022, at 10:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1.   A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, along with any necessary legal property, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court.  Zoom video conference connection information will be supplied via separate email.

2.   The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.   The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Institution for Men at (909) 606-7093 or via email.

4.   Any difficulties connecting to the Zoom video conference shall immediately be reported to Nic Cannarozzi, Courtroom Deputy, at ncannarozzi@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Institution for Men, P. O. Box 3100, Chino, California 91708:**

**WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to appear by Zoom video conference to testify before Judge Peterson at the time and place above, until completion of the settlement conference or as ordered by the Court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **October 11, 2022**

UNITED STATES MAGISTRATE JUDGE

