UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN, | Case No. 1:19-cv-00439-ADA-CDB (PC) |
| Plaintiff, | ORDER ON PARTIES' MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| R. GARCIA, *et al.*, | (Doc. 61) |
| Defendants. | Clerk of Court to close the case. |

    Plaintiff Nathanial Marcus Gann is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.

    On November 2, 2022, the Court conducted a (further) settlement conference, and the parties reached a settlement. (Doc. 58.) The terms of the settlement agreement were placed on the record, and the Court ordered the parties to finalize the long form settlement agreement within thirty days. (*Id.*)

    In accordance with the Court's order, the parties filed a stipulation advising they have resolved the current lawsuit and jointly move for dismissal of this action with prejudice, with each party to bear its own costs and fees. (Doc. 61.) The stipulation is signed and dated by Plaintiff and counsel for Defendants. (*Id.*)

    Under Rule 41(a)(1) of the Federal Rules Civil Procedure, a Plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by the parties.

Fed. R. Civ. P. 41(a)(1)(A)(ii).  A joint motion for dismissal is unnecessary under Rule 41; upon the filing of a stipulation of dismissal, this action is terminated by operation of law without further order from the Court.

The Clerk of Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **November 30, 2022**              _____
                                            UNITED STATES MAGISTRATE JUDGE

2